IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BURKETT, Administratrix of the ESTATE OF JEREMY BURKETT, deceased, | * * * | |
| Plaintiff, | * | |
| vs. | * | 1:06-CV-775-DRB |
| | * | |
| TIMOTHY EUGENE MCCRAY and S.E. LUMBER COMPANY, | * * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE BY COUNSEL

**COMES NOW** the undersigned attorney and enters his appearance as co-counsel on behalf of the Defendant, Timothy Eugene McCray, in the above-styled case.

Dated this the ___ day of _____, 2006.

_____
DAVID W. ROUSSEAU (ROU007)
211 W. Adams Street
Dothan, Alabama 36303
(334) 699-9000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon the following attorney of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed to him this the ___ day of _____, 2006:

David J. Harrison
Tommy R. Scarborough
P.O. Box 994
Geneva, AL 36340

William A. Mudd
505 N. 20th St.
1200 Financial Center
Birmingham, AL 35203

_____
David W. Rousseau