IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY EUGENE McCRAY and S. E. LUMBER COMPANY, <br><br> Defendants. | 1:06-CV-00775-DRB |

## ORDER

Upon review of the **Motion for Leave to File Third Party Complaint**, filed by Defendant Timothy McCray (Doc. 6, September 13, 2006), it is, for good cause,

**ORDERED** that Plaintiff respond by September 22, 2006, to show any cause why the *Motion* should not be granted.

Done this 14th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE