IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

7006 SEP 13 A 10: 11

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TIMOTHY EUGENE McCRAY and  )<br>S. E. LUMBER COMPANY,  )<br>  )<br>Defendants.  )<br>  ) | 1:06-CV-00775-DRB |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9-11-2006
Date

[Signature]
Signature

TIMOTHY EUGENE MCCRAY & SOUTHEAST LUMBER COMPANY, INC.
Counsel For (**print** name of all parties)

505 N. 20th St., 1200 Financial Center  B'HAM, AL 35203
Address, City, State, Zip Code

205-226-5200
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101