IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,　　Plaintiff,　v.　TIMOTHY EUGENE McCRAY and S. E. LUMBER COMPANY,　　Defendants. | 1:06-CV-00775-DRB |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9-15-06
Date

Signature

David J. Harrison
Counsel For (**print** name of all parties)

P.O. Box 994, Geneva, Alabama 36340
Address, City, State, Zip Code

334-684-8729
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box 711
Montgomery, AL 36101