IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY EUGENE McCRAY and<br>S. E. LUMBER COMPANY,<br><br>    Defendants. | 1:06-CV-00775-DRB |

### ORDER

Plaintiff has failed to respond by the September 22, 2006, deadline to show any cause why Defendant Timothy McCray's **Motion for Leave to File Third Party Complaint**, (Doc. 6), should not be granted; therefore, it is, for good cause,

**ORDERED** that the motion is **GRANTED.** Accordingly, the clerk is directed to docket Defendant McCray's Third Party Complaint.

Done this 28th day of September, 2006.

                          **/s/ Delores R. Boyd**
                          DELORES R. BOYD
                          UNITED STATES MAGISTRATE JUDGE