**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B. O_____                ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 2 of 4 4

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Southern General Insurance Co.
c/o Jill Jinks
1904 Leland Drive
Marietta, GA 30067
06-775 3rd Pty Smt cp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0000 0733 3882

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540