| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Renee Moore    C. Date of Delivery 2/3 |
| 1. Article Addressed to: 06775 3rd Pty<br>The Central Mutual Ins. Co.<br>c/o S.K. Moore<br>11605 Haynes Bridge Rd.<br>Suite 500<br>Alpharetta, GA 30004 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 0733 3875 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540