IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 OCT 19 A 9:57

| | |
|---|---|
| In Re: | * |
| | * |
| PETITION OF JOHNNIE M. GRAHAM | * PETITION TO PLEAD AND |
| | * PRACTICE PRO HAC VICE |
| | * 1:06 cv775 -DRB |

The Petition of Johnnie M. Graham respectfully shows:

1. Petitioner is now a member in good standing of the State Bar of Georgia, as evidenced by State Bar No. 304625.

2. Further Petitioner is now a member in good standing o f a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U.S. District Court for the Middle District of Georgia, where she is admitted to Practice.

WHEREFORE, Petitioner, after taking the appropriate Oath of Admission prays:

(a) that she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Alabama for Case No. 1:06-CV-775DRB to represent Timothy E. McCray.

This 2nd day of October 2006.

Johnnie M. Graham
Phillips & Graham
P.O. Box 2303
Albany, Georgia 31702-2303
(229) 435-4452

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF GEORGIA**

    I, **GREGORY J. LEONARD**, Clerk of the United States District Court for the Middle District of Georgia,

    **DO HEREBY CERTIFY** that JOHNNIE MAE GRAHAM, Georgia Bar No. 304625, was duly admitted to practice in said Court on 06/15/1983, and is in good standing as a member of the Bar of said Court.

Dated at Albany, Georgia
on September 1, 2006

Gregory J. Leonard, Clerk

Joan B. King, Deputy Clerk

CERTIFICATE OF SERVICE

This to certify that I have on this date served a copy of the within and foregoing Petition to Appear *Pro Hac Vice* on the parties to this case by placing a true and correct copy of the same in the United States mail addressed to the following:

Tommy R. Scarborough
P. O. Box 994
Geneva, Alabama 36340

David J. Harrison
P. O. Box 994
Geneva, Alabama 36340

David Rosseau
211 W. Adams Street
Dothan, Alabama 36303

William A. Mudd
505 N. 20th Street
1200 Financial Center
Birmingham, Alabama 35203

with adequate postage affixed thereto to insure proper delivery to them.

This 1st day of November, 2006.

Johnnie M. Graham
Phillips & Graham
P. O. Box 2303
Albany, Georgia 31702-2303
229)435-4452