IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 OCT 20  A 10: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| In Re: | |
| PETITION OF RANDOLPH H. PHILLIPS | PETITION TO PLEAD AND PRACTICE PRO HAC VICE |

1:06CV775-DRB

The Petition of Randolph H. Phillips respectfully shows:

1. Petitioner is now a member in good standing of the State Bar of Georgia, as evidenced by State Bar No. 576575.

2. Further Petitioner is now a member in good standing of a U. S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District for the Middle District of Georgia, where he is admitted to practice.

WHEREFORE, Petitioner, after asking the appropriate Oath of Admissions prays:

(A) that he be admitted as an Attorney, Solicitor and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Alabama for Case No. 1:06-CV-775DRB to represent Timothy E. McCray.

This 19th day of October, 2006.

Randolph H. Phillips
Phillips & Graham
P. O. Box 2303
Albany, Georgia 31702-2303
(229)435-4452

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF GEORGIA**

    I, ***GREGORY J. LEONARD***, Clerk of the United States District Court for the Middle District of Georgia,

    ***DO HEREBY CERTIFY*** that RANDOLPH H. PHILLIPS, Georgia Bar No. 576575, was duly admitted to practice in said Court on 01/25/1983, and is in good standing as a member of the Bar of said Court.

Dated at Albany, Georgia
on September 1, 2006

Gregory J. Leonard, Clerk

Joan B. King, Deputy Clerk

CERTIFICATE OF SERVICE

This to certify that I have on this date served a copy of the within and foregoing Petition to Appear *Pro Hac Vice* on the parties to this case by placing a true and correct copy of the same in the United States mail addressed to the following:

| | |
|---|---|
| Tommy R. Scarborough<br>P. O. Box 994<br>Geneva, Alabama 36340 | David J. Harrison<br>P. O. Box 994<br>Geneva, Alabama 36340 |
| David Rosseau<br>211 W. Adams Street<br>Dothan, Alabama 36303 | William A. Mudd<br>505 N. 20th Street<br>1200 Financial Center<br>Birmingham, Alabama 35203 |

with adequate postage affixed thereto to insure proper delivery to them.

This 1st day of November, 2006.

Randolph H. Phillips
Phillips & Graham
P. O. Box 2303
Albany, Georgia 31702-2303
229)435-4452