**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

```
October 23, 2006
```

# NOTICE OF DEFICIENCY

To:     Attorney Johnnie Graham

From:   Clerk's Office

Case Style:  Burkett v. McCray et al

Case Number:  1:06-cv-00775-DRB

Referenced Pleading: Petition to appear pro hac vice

Docket Entry #  17

**Certificate of Service was not signed; or *the pleading contains no certificate of service***

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading containing your original signature reflecting that this pleading was served on all parties.**

***DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.***