**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 23, 2006

# NOTICE OF DEFICIENCY

**To:** Attorney Randolph Phillips

**From:** Clerk's Office

**Case Style:** Burkett v. McCray et al

**Case Number:** 1:06-cv-00775-DRB

**Referenced Pleading:** Petition to appear pro hac vice

**Docket Entry #** 18

**Certificate of Service was not signed; or** *the pleading contains no certificate of service*

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading containing your original signature reflecting that this pleading was served on all parties.**

***DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.***