IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BUCKETT, Administratrix of the ESTATE OF JEREMY BURKETT, deceased, | * * * | |
| Plaintiff, | * | 1:06-CV-775-DRB |
| vs. | * * | |
| TIMOTHY EUGENE MCCRAY and S.E. LUMBER COMPANY, | * * * | |
| Defendants. | * | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above and foregoing Motion for Admission Pro Hac Vice of Randolph H. Phillips upon all parties by depositing a copy of same in the United States mail with sufficient postage thereon to insure delivery as follows:

> David J. Harrison
> Tommy R. Scarborough
> Post Office Box 994
> Geneva, Alabama 36340
>
> William A. Mudd
> 505 N. 20th Street
> 1200 Financial Center
> Birmingham, Alabama 35203
>
> David W. Rousseau
> 211 W. Adams Street
> Dothan, Alabama 36303

This 24th day of October, 2006.

Randolph H. Phillips