IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BUCKETT, Administratrix of the ESTATE OF JEREMY BURKETT, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY EUGENE MCCRAY and S.E. LUMBER COMPANY,<br><br>    Defendants. | *<br>*<br>*<br>*   1:06-CV-775-DRB<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above and foregoing Motion for Admission Pro Hac Vice of Johnnie M. Graham upon all parties by depositing a copy of same in the United States mail with sufficient postage thereon to insure delivery as follows:

> David J. Harrison
> Tommy R. Scarborough
> Post Office Box 994
> Geneva, Alabama 36340
>
> William A. Mudd
> 505 N. 20th Street
> 1200 Financial Center
> Birmingham, Alabama 35203
>
> David W. Rousseau
> 211 W. Adams Street
> Dothan, Alabama 36303

This 24th day of October, 2006.

                                                  /s/ Johnnie M. Graham
                                                Johnnie M. Graham