IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | 1:06-CV-00775-DRB |
| v. | ) ) | |
| TIMOTHY EUGENE McCRAY and S. E. LUMBER COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON MOTION

Upon consideration of the *Petition to Plead and Practice Pro Hac Vice*, construed as a motion (Doc. 17, October 19, 2006), it appears that Johnnie M. Graham is a member in good standing of the United States District Court for the Middle District of Georgia and she is otherwise eligible to appear *pro hac vice* in these proceedings as counsel for Defendant Timothy E. McCray. Accordingly, it is

**ORDERED** that the Motion is GRANTED.

DONE this 30th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE