IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY EUGENE McCRAY and S. E. LUMBER COMPANY,<br><br>Defendants. | 1:06-CV-00775-DRB |

## **ORDER ON MOTION**

Upon consideration of the *Petition to Plead and Practice Pro Hac Vice*, construed as a motion (Doc. 18, October 20, 2006), it appears that Randolph H. Phillips is a member in good standing of the United States District Court for the Middle District of Georgia and he is otherwise eligible to appear *pro hac vice* in these proceedings as counsel for Defendant Timothy E. McCray. Accordingly, it is

**ORDERED** that the Motion is GRANTED.

DONE this 30th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE