**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 7, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Burkett v. McCray et al**

**Case Number:   1:06cv00775-DRB**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include the certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 18   filed on   October 20, 2006.**

## CERTIFICATE OF SERVICE

This to certify that I have on this date served a copy of the within and foregoing Petition to Appear *Pro Hac Vice* on the parties to this case by placing a true and correct copy of the same in the United States mail addressed to the following:

Tommy R. Scarborough
P. O. Box 994
Geneva, Alabama 36340

David J. Harrison
P. O. Box 994
Geneva, Alabama 36340

David Rosseau
211 W. Adams Street
Dothan, Alabama 36303

William A. Mudd
505 N. 20th Street
1200 Financial Center
Birmingham, Alabama 35203

with adequate postage affixed thereto to insure proper delivery to them.

This ___ day of __November__, 2006.

Randolph H. Phillips
Phillips & Graham
P. O. Box 2303
Albany, Georgia 31702-2303
229)435-4452