IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT,<br>Administratrix of the<br>Estate of JEREMY BURKETT,<br>deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY EUGENE McCRAY and<br>S.E. LUMBER COMPANY,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:06-CV-00775-DRB<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

| | |
|---|---|
| December 6, 2006<br>Date | /s/ C. Peter Bolvig<br>C. Peter Bolvig, Counsel for Third-Party Defendant, designated as "The Central Mutual Insurance Company"<br><br>HALL, CONERLY & BOLVIG, P.C.<br>1400 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203<br>(205) 251-8143 Telephone |

1