IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the )<br>Estate of JEREMY BURKETT, deceased )<br>)<br>    Plaintiff, )<br>)<br>v )<br>)<br>TIMOTHY EUGENE McCRAY and )<br>S.E. LUMBER COMPANY )<br>)<br>    Defendants. | 1: 06-CV-00775-DRB |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned and gives notice to this Honorable Court of her Appearance for the Defendant, Timothy Eugene McCray in this cause. The undersigned, Cindy L. Self is with the law firm of LAMAR, MILLER, NORRIS, HAGGARD *&* CHRISTIE, P.C.

                                                            s/Cindy L. Self
                                                            Cindy L. Self (SEL035)
                                                            Attorney for Defendant

**OF COUNSEL:**

**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
(205) 326-0000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David Jerome Harrison
PO Box 994
Geneva, AL 36340
davidjharrison@centurytel.net

Christoffer Peter Bolvig, III
Hall Conerly & Bolvig PC
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203-2626
peter.bolvig@hallconerly.com


Bill Mudd, Esq.
505 20th Street North
Birmingham, AL 35203
billmudd@mhsolaw.com

Randolph H. Phillips, Esq.
609 Pine Avenue
P.O. Box 2303
Albany, GA 31702
rhplaw@bellsouth.net

David Woodham Rousseau, Esq.
211 W Adams Street
Dothan, AL 36303-4401
rousseaulaw@graceba.net

Tommy Ray Scarbrough, Esq.
119 S Foster Street
Suite 101
Dothan, AL 36301
trsllc@graceba.net

                                                  s/ Cindy L. Self
                                                  Of counsel