RECEIVED
2006 DEC -8 A 10: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,<br>    Plaintiff,<br><br>v.<br><br>TIMOTHY EUGENE McCRAY and<br>S. E. LUMBER COMPANY,<br>    Defendants. | )<br>)<br>)<br>)   1:06-CV-00775-DRB<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_Dec. 7, 2006_
DATE

_Hardy L. Self_
SIGNATURE

_Southern General Insurance Company_
COUNSEL FOR (print name of all parties)

_LAMAR MILLER NORRIS HAGGARD o CHRISTIE, PC_
_501 Riverchase Parkway East, Suite 100_
_Birmingham, AL 35244_
ADDRESS, CITY, STATE, ZIP CODE

_(205) 326-0000_
TELEPHONE NUMBER