IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,  )<br><br>    Plaintiff,                                               )<br><br>v.                                                            )<br><br>TIMOTHY EUGENE McCRAY and S. E. LUMBER COMPANY,             )<br><br>    Defendants.                                         )  | 1:06-CV-00775-DRB |

## ORDER ON MOTION

Upon review of the **Motion to Withdraw**, filed by Cindy L. Self, Esq., (Doc. 37, December 7, 2006), it is, for good cause therein,

**ORDERED** that the Motion is **GRANTED.** The clerk is hereby instructed to remove Atty. Self's name as counsel of record for Defendant McCray.

Done this 8th day of December, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE