IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY EUGENE McCRAY, et al<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   1:06-CV-00775-TFM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

After the Court's review of this file, it is, for good cause, ORDERED as follows:

**1.**   **Supplemental Rule 26(f) Conference and Report**

To take into consideration the parties included after the original Rule 26(f) report, counsel are directed to conduct a supplemental Rule 26(f) Conference. The attorneys of record and all unrepresented parties are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court a written report outlining the plan. The **Updated Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than January 31, 2007.** The report of the parties should comply with Form 35, Appendix of Forms to the Federal Rules of Civil Procedure.

**2.**   **Dispositive Motions**

The longstanding practice in this district is that dispositive motions shall be filed no later than ninety (90) days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

**3.**     **Scheduling for Trial**

The court may or may not hold a scheduling conference before issuing a scheduling order, and counsel may indicate any preference on the updated Rule 26(f) report. If the court sets a scheduling conference, counsel may participate by conference call as circumstances may warrant.

This case will be set for trial during one of the assigned judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://www.almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

DONE this 8th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE