IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | 1: 06-CV-00775-DRB |
| TIMOTHY EUGENE McCRAY and S.E. LUMBER COMPANY | ) ) ) | |
| Defendants. | ) ) | |
| TIMOTHY EUGENE McCray | ) ) | |
| Third-Party Plaintiff. | ) ) | |
| V. | ) ) | |
| SOUTHERN GENERAL INSURANCE COMPANY. | ) ) ) | |
| Third-Party Defendant. | ) | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the Third-Party Plaintiff Timothy Eugene McCray and Third-Party Defendant Southern General Ins. Co., in the above referenced cause, by and through their counsel of record, and move the Court for an order dismissing all claims by the Third-Party Plaintiff against Southern General Ins. Company with prejudice. In support of this motion, the parties would show unto the Court that a settlement has

been entered into by and between the Third-Party Plaintiff and Southern General Ins. Company.

                                              s/David W. Rousseau
                                              David W. Rousseau
                                              Attorney for the Timothy E. McCray

**OF COUNSEL:**
David Woodham Rousseau, Esq.
211 W Adams Street
Dothan, AL 36303-4401
rousseaulaw@graceba.net

                                              s/Cindy L. Self
                                              Cindy L. Self (SEL035)
                                              Attorney for Southern General Ins. Co.

**OF COUNSEL:**
**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
(205) 326-0000

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David Jerome Harrison
PO Box 994
Geneva, AL 36340
davidjharrison@centurytel.net

Christoffer Peter Bolvig, III
Hall Conerly & Bolvig PC
1400 Financial Center
505 North 20th Street

Birmingham, AL 35203-2626
peter.bolvig@hallconerly.com

Bill Mudd, Esq.
505 20th Street North
Birmingham, AL 35203
billmudd@mhsolaw.com

Randolph H. Phillips, Esq.
609 Pine Avenue
P.O. Box 2303
Albany, GA 31702
rhplaw@bellsouth.net

Tommy Ray Scarbrough, Esq.
119 S Foster Street
Suite 101
Dothan, AL 36301
trsllc@graceba.net

                                                s/ Cindy L. Self
                                                Of counsel