IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BURKETT, Administratrix of the Estate of JEREMY BURKETT, deceased | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | 1: 06-CV-00775-DRB |
| TIMOTHY EUGENE McCRAY and S.E. LUMBER COMPANY | ) ) ) | |
| Defendants. | ) | |
| TIMOTHY EUGENE McCray | ) ) | |
| Third-Party Plaintiff. | ) ) | |
| V. | ) ) | |
| SOUTHERN GENERAL INSURANCE COMPANY. | ) ) ) | |
| Third-Party Defendant. | ) ) | |

## **MOTION TO STRIKE**

COMES NOW the Third-Party Defendant, Southern General Insurance Company and moves to strike Consent Motion and Agreement for Dismissal of Uninsured Motorist Insurance Carrier without Prejudice filed in this Court on November 30, 2006 and identified as Document 31.  As grounds therefore, Southern General Insurance Company states that the Third-Party Plaintiff and the Third-Party

Defendant are simultaneous filing herewith a Motion to Dismissal with Prejudice in the stead of and to replace the previously filed Consent Motion and Agreement for Dismissal of Uninsured Motorist Insurance Carrier without Prejudice.

              Respectfully submitted,

              s/Cindy L. Self
              Cindy L. Self (SEL035)
              Attorney for Southern General Ins. Co.

**OF COUNSEL:**
**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
(205) 326-0000

## CERTIFICATE OF SERVICE

 I hereby certify that on January 8, 2006 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David Woodham Rousseau, Esq.
211 W Adams Street
Dothan, AL 36303-4401
rousseaulaw@graceba.net

David Jerome Harrison
PO Box 994
Geneva, AL 36340
davidjharrison@centurytel.net

Christoffer Peter Bolvig, III
Hall Conerly & Bolvig PC
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203-2626
peter.bolvig@hallconerly.com

Bill Mudd, Esq.
505 20th Street North
Birmingham, AL 35203
billmudd@mhsolaw.com

Randolph H. Phillips, Esq.
609 Pine Avenue
P.O. Box 2303
Albany, GA 31702
rhplaw@bellsouth.net

Tommy Ray Scarbrough, Esq.
119 S Foster Street
Suite 101
Dothan, AL 36301
trsllc@graceba.net

            <u>s/ Cindy L. Self</u>
            Of counsel