IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT, Administratrix, of the ESTATE OF JEREMY BURKETT, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY EUGENE MCCRAY, et al. <br><br> Defendants <br><br> vs. <br><br> SOUTHERN GENERAL INSURANCE, et al. <br><br> Third-Party Defendants. | 1:06 CV-755-DRB |

## ENTRY OF APPEARANCE

COMES NOW Herman Cobb and Leon A. Boyd, V of Cobb, Derrick, Boyd & White, on behalf of the Counter Defendant, Patricia Burkett, as the Administratrix of the Estate of Jeremy Burkett, deceased, in the above styled action and file this as their Entry of Appearance.

Dated this the 25th day of January, 2007.

ATTORNEYS FOR COUNTER DEFENDANT:

/s/ Leon A. Boyd, V
HERMAN COBB (COB004)
LEON A. BOYD, V (BOY035)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
Dothan, Alabama 36302

334-677-1000
334-6773500 (fax)
bo@cobbfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon the following by either electronic service or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 25th day of January, 2007.

David J Harrison
PO Box 994
Geneva, Alabama 36340

William A. Mudd
505 N 20th Street
1200 Financial Center
Birmingham, Alabama 35203

Christoffer Peter Bolvig, III
Hall Conerly & Bolvig PC
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203-2626

Johnnie M. Graham
Phillips & Graham
P O Box 2303
Albany, GA 31702-2303

Randolph H. Phillips
Phillips & Graham
609 Pine Avenue
Post Office Box 2303
Albany, GA 31702

David Woodham Rousseau
Law Office of David W Rousseau
211 W Adams Street
Dothan, AL 36303-4401

Tommy Ray Scarborough
Tommy R. Scarborough, LLC
119 S Foster Street
Suite 101
Dothan, AL 36301

Cindy Lorraine Self
Lamar Miller Norris Haggard & Christie
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244

                                                 <u>/s/ Leon A. Boyd, V</u>
                                                 OF COUNSEL