IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA BURKETT,<br>Administratrix of the<br>Estate of JEREMY BURKETT,<br>deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY EUGENE McCRAY and<br>S.E. LUMBER COMPANY,<br><br>    Defendants,<br><br>vs.<br><br>SOUTHERN GENERAL INSURANCE,<br>and   THE CENTRAL MUTUAL<br>INSURANCE COMPANY,<br><br>    Third-Party Defendants. | Case No.: 1:06-CV-00775-TFM |

## STIPULATION FOR DISMISSAL

COME NOW the Third Party Plaintiff, Timothy Eugene McCray ("McCray"), and Third Party Defendant, designated as The Central Mutual Insurance Company ("Central"), by and through the undersigned counsel of record, and jointly show unto the Court that all claims asserted by McCray against Central can be dismissed, with prejudice, each party to bear their own costs.

                                                              _/s/ David W. Rousseau_____
                                                              David W. Rousseau
                                                              Attorney for Third-Party Plaintiff,
                                                              Timothy Eugene McCray

**OF COUNSEL:**
Attorney at Law
211 W. Adams Street
Dothan, AL 36303

                                                              s/C. Peter Bolvig_____
                                                              C. Peter Bolvig, Esq. (BOL008)
                                                             Attorney for Third-Party Defendant, designated
                                                             as The Central Mutual Insurance Company

**OF COUNSEL:**
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203