IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA BURKETT, Administratrix, of the ESTATE OF JEREMY BURKETT, Deceased, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | 1:06 CV-755-TFM |
| TIMOTHY EUGENE MCCRAY, et al. | * * * | |
| Defendants | * * | |
| vs. | * * | |
| SOUTHERN GENERAL INSURANCE, et al. | * * * | |
| Third-Party Defendants. | * | |

### JOINT STIPULATION FOR DISMISSAL

COMES NOW Counter Plaintiff, Timothy Eugene McCray, and Counter Defendant, Patricia Burkett, as Administratrix of the Estate of Jeremy Burkett, deceased, by and through their respective attorneys of record, and stipulate and agree that the above-styled action be dismissed with prejudice to the bringing of another action and that each party shall bear their own costs of court.

This the 10th day of April, 2007.

ATTORNEY FOR COUNTER PLAINTIFF

DAVID W. ROUSSEAU

OF COUNSEL:
211 W Adams Street
Dothan, AL 36303-4401
Tel.    (334) 699-9000

                        ATTORNEYS FOR COUNTER
                        DEFENDANT:


                        /s/ Leon A. Boyd, V
                        HERMAN COBB (COB004)
                        LEON A. BOYD, V (BOY035)


OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
Dothan, Alabama 36302
334-677-1000
334-699-3500 (fax)
bo@cobbfirm.com